UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

    Jeffery L. Steers,                              Case No. 13-35454-MDM

                                                          (Chapter 11)

                   Debtor.

**DEBTOR'S APPLICATION TO EMPLOY LEVERSON & METZ S.C.
UNDER GENERAL RETAINER**

      Jeffery L. Steers (the "Debtor"), hereby applies to the Court as follows:

      1.      The Debtor wishes to employ Leverson & Metz S.C. ("L&M"), attorneys who are duly qualified to practice in this Court, to represent him in the above-captioned case.

      2.      The Debtor has selected L&M to represent him in this case because the firm's lawyers have considerable experience in matters of this character. The Debtor believes L&M to be well-qualified to represent the Debtor as bankruptcy counsel in this case.

      3.      The professional services that these attorneys will render are the general representation of the Debtor in these proceedings, including (but not limited to) preparing all pleadings; representing the Debtor in negotiations, proceedings, and hearings related to the case; preparing a plan and disclosure statement; and all other matters that relate to the legal representation of the Debtor in connection with this Chapter 11 case.

      4.      L&M has estimated that the cost of its services in this case will be in the ranges set forth below. L&M has cautioned that these estimates cannot be precise, and the actual amounts will depend upon certain factors beyond its control, such as the attitudes and actions of creditors

Drafted by:

Olivier H. Reiher
Leverson & Metz S.C.
225 E. Mason St., Suite 100
Milwaukee, WI 53202
414-271-1992 (direct)
414-271-8504 (fax)
ohr@levmetz.com

and other parties in interest, and whether the parties are able to resolve disputes quickly, slowly, or not at all. Subject to these caveats, L&M has provided the following estimates:

| | | |
|---:|---:|---:|
| Case administration (incl. employment of professionals) | $ 1,500 to | $ 3,000 |
| Preparation of schedules and statements | $ 1,500 to | $ 3,000 |
| Communications with creditors | $ 2,500 to | $ 5,000 |
| Plan and disclosure statement | $ 7,500 to | $ 15,000 |
| Miscellaneous | $ 1,000 to | $ 5,000 |
| **TOTAL** | **$14,000 to** | **$31,000** |

5. The Debtor wishes to employ these attorneys on a general retainer. It is anticipated that most of the services will be performed by Mark L. Metz, whose standard hourly rate is $360 and Olivier H. Reiher, whose hourly rate is $225. When appropriate, L&M will use the services of its paralegal assistant, Donna B. Krueger, at her standard rate of $105 per hour. These rates have been in effect since January 1, 2013, and are subject to periodic adjustment in the future.

6. To the best of the undersigned applicant's knowledge, L&M and its attorneys have no interest adverse to the Debtor or to the Debtor's estate in any of the matters upon which they are to be engaged; their employment would be in the best interest of the estate; they are "disinterested persons" as defined in § 101(14) of the Bankruptcy Code; and they have no connection with the Debtor, any creditors of the Debtor, any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any other person employed in the office of the U.S. Trustee, other than as set forth in the affidavit of disinterestedness filed with this application.

WHEREFORE, the Debtor prays that he be authorized to employ Leverson & Metz S.C. as its attorneys upon the terms and conditions set forth herein, with retroactive effect to the date of the filing of this application.

Dated this 27th day of November, 2013.

By: /s/
Jeffery L. Steers, Debtor